URI MOINESTER, Appellant, v. JACOB ALEXANDER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of a copy of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

SALLY KAISER, Individually, etc., Appellant, v. MORRIS SPRAYREGAN, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

SAMUEL ZIMMERMAN, Respondent, v. J. F. WATERS MOTOR SALES CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of MARTIN M. COONE, Appellant, for an Order against PAUL J. KERN and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LEONARD SICILIAN and Others, Appellants, v. AMALGAMATED ICE MANUFACTURING Co., INC., and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of GUSTAV LANGE, JR., Deceased. LILLIAN M. BURKE, as Executrix, etc., Appellant; KENNETH R. STRICKLAND, as Administrator c. t. a. of FRANCIS HUBER, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD RUSSELL RYDER, Defendant, and JOHN H. HALLOCK and Another, Intervenors, Appellants, MARJORIE BAIER and CHARLOTTE BERTWISTLE, Intervenors, Respondents, and SAMUEL K. ELLENBOGEN, as Receiver, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH BROS., INC., Respondent, v. HENRY C. MARTIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANNA WEINBERGER, Respondent, v. HARRY WEINBERGER, Appellant.— Order unanimously modified by reducing the alimony to forty dollars a week and counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HARRIET F. HERBERT, Appellant, v. EDWARD J. HERBERT, Respondent.— Order so far as appealed from unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.